## Starwalt *v*. Miller.

[No. 7,941.   Filed October 31, 1913.]

From Boone Circuit Court; *James V. Kent*, Special Judge.

Action by Peter C. Starwalt against Matthew G. Miller.   From a judgment for defendant, the plaintiff appeals.   *Reversed.*

*T. J. Terhune* and *S. R. Artman*, for appellant.
*B. F. Ratcliff*, for appellee.

CALDWELL, J.—This appeal was, by agreement of the parties, submitted upon the briefs filed in the case of *Ashwell* v. *Miller* (1913), *ante* 381, 103 N. E. 37.   Following that case, the judgment in the case at bar is reversed, with costs, and the cause remanded, with instructions to sustain appellant's motion for a new trial; and it appearing that appellee has died since the submission of the cause, judgment is reversed as of the term when the submission was made.

## White *v*. Miller.

[No. 7,942.   Filed October 31, 1913.]

From Boone Circuit Court; *James V. Kent*, Special Judge.

Action by Maria E. White against Matthew G. Miller.   From a judgment for defendant, the plaintiff appeals.   *Reversed.*

*T. J. Terhune* and *S. R. Artman*, for appellant.
*B. F. Ratcliff*, for appellee.

CALDWELL, J.—This appeal was, by agreement of the parties, submitted upon the briefs filed in the case of *Ashwell* v. *Miller* (1913), *ante* 381, 103 N. E. 37.   Following that case, the judgment in the case at bar is reversed, with costs, and the cause remanded, with instructions to sustain appellant's motion for a new trial; and it appearing that appellee has died since the submission of the cause, judgment is reversed as of the term when the submission was made.